

**FILED**
**04/28/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Wesley B. Birden #278194

v.

(Full name of defendant(s))

Captain Lunsford
Sgt. Gilbert
Unknown C.O.

Case Number:

1:23-cv-00741-SEB-TAB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Indiana, and is located at
   (State)

   Po Box A New Castle, IN 47362
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Captain Lunsford
   (Name)

Defendents

1) Sgt Gilbert; is a citizen of Indiana and worked at New Castle Correctional Facility Po Box A Newcastle, IN 47362

2) Unknown Correctional officer. Worked at New Castle Correctional Facility Po Box A New castle, IN 47362

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __New Castle Correctional Facility; PO Box A Newcastle, IN 47362__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 2-14-23 I was sprayied In My Cell in O-2 215 for Suicidal Behavior. Upon Being Pulled out I was taken to O-3 for a decontaimiation Shower By Sgt Gilbert and Unknow C.O. Captain Lunford Was Recording the event Per Policies. Upon Reaching the showers Sgt. Gilbert And I was Conversing disrespectfully Back and forth. I was standing By the Showers in O-3 with Sgt Gilbert on my left and Unknown C.O. on my Right. Captain Lunsford Was standing in the dayroom Somewhere close Reading the decom Card.

Complaint - 2

Next thing I Know my Face Is smashed up Against the Shower door which is grated and I was thrown to the ground And Repeatedly Punched And Kicked By Sgt. Gilbert and Said Unknown Corrections officer. I was Punched In my Face Numerious times and Kicked and Stomped in my Back Numerious times Also. By said officers of above. Captain Lunsford shut off the handheld Camera and Ignored My Pleas for help and My Crys of Pain. Nor did He try to stop the Assault or Report It to Anyone.

Captain Lunsford and Sgt Gilbert Both have Been dealing with me for a couple days before this due to My Mental Mindframe not being good I think they Just got tired and Mad at me for Making them Spray me and Having to deal with me. the unknown C.O. I dont Know why He done what he done.

All IN violation of My 8th Amendment Rights

Complaint - 3

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
      OR
[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would Like to See A Speciclist at Defendents cost to check out My neck and back from the Assault. Would Like Monitary Cos In order of.

Captain Lunsford    $30,000
Sgt Gilbert         $50,000
unknown C.O.        $50,000

And would Like Said defendents with Leadership Positions to be Terminated or even Retrained or Demoted

Complaint - 4

E. JURY DEMAND

[x] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this _____ day of _____, 20____

Respectfully Submitted,

_Mhry Bey_
Signature of Plaintiff

278194
Plaintiff's Prison ID Number

P.O. Box A New Castle IN 47362
Plaintiff's Mailing Address

*(If more than one Plaintiff, use an additional piece of paper)*

F. CERTIFICATION *(Optional)*

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Mhy_
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I Have completed a request to proceed in the district court without prepaying the fee and attached it to this complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing Fee under 28 U.S.C. § 1915 and I have included the full filing fee with this complaint.