UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WESLEY B BIRDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00741-SEB-TAB |
| LUNSFORD, GILBERT, UNKNOWN, | ) ) ) ) |
| Defendants. | ) |

### Final Judgment

The Court now enters final judgment. This action is dismissed without prejudice.

Date: 8/4/2023

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

WESLEY B BIRDEN
278194
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362